IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02820-WYD-CBS

GARTH KOELLHOFFER,
on behalf of himself and all similarly situated persons,

     Plaintiff,

v.

ELIZABETH PLOTKE-GIORDANI and
LUIGI GIORDANI,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     THIS MATTER IS before the court on Plaintiff's Unopposed Motion for Leave to Join Additional Defendant (*doc # 24*), filed May 2, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED.  IT IS FURTHER ORDERED that Plaintiff shall file an amended complaint on or before **May 9, 2011**.

**DATED:**     May 3, 2011