IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02820-WYD-CBS

GARTH KOELLHOFFER, on behalf of himself and all similarly situated persons,

   Plaintiff,

v.

ELIZABETH PLOTKE-GIORDANI and LUIGI GIORDANI, both individuals; and
I SCOPPIATI, INC., d/b/a Campo De Fiori Ristorante, a Colorado corporation,

   Defendants.

---

### ORDER RE: PLAINTIFF'S MOTION FOR APPROVAL OF *HOFFMAN-LAROCHE NOTICE*

---

THIS MATTER comes before the Court on Plaintiff's Motion for Approval of Hoffman-LaRoche Notice (the "Motion") filed on April 11, 2011.  A  hearing was held on the Motion on Monday, August 16, 2011.  The Court, having read the Motion and after hearing argument by counsel, hereby ORDERS the following:

   1.   Plaintiff's Motion for Approval of Hoffman-LaRoche Notice (ECF No. 18) is **GRANTED**.

   2.   This action is conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b).  The collective action is defined as follows:

> All current and former employees of I Matti Ristorante, Inc., d/b/a Campo De Fiori (Aspen), I Scoppiatti, Inc., d/b/a Campo De Fiori (Vail) and GIBA, Inc., d/b/a Gisella (Aspen) whose hourly wage was reduced by some percentage of the applicable tip credit at any time within three years of the filing date of this lawsuit.

3. By **Tuesday, August 30, 2011**, the parties shall submit a proposed form of notice for the Court's approval.

4. By **Tuesday, August 30, 2011**, Defendants shall provide to Plaintiff's counsel a list of all potential collective action members. The list shall include each such employee's name, employment location, position, dates of employment, last-known address and telephone number, and hourly wage (excluding tips).

5. Within five (5) days of Court approval of the proposed notice, Defendants shall send by First Class U.S. Mail the Notice to the last known address of each of the individuals identified on the above-referenced list.

6. Within five (5) days of receiving any such mailing returned as undeliverable, Defendants shall identify to Plaintiff's counsel the employee who did not receive the notice.

7. Any individuals to whom notice is sent shall "opt-in" by written consent to this Court within ninety (90) days from the postmark date of the notice.

Dated: August 16, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge