IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02820-WYD-CBS

GARTH KOELLHOFFER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

ELIZABETH PLOTKE-GIORDANI and LUIGI GIORDANI, both individuals; and
I SCOPPIATI, INC., d/b/a Campo De Fiori Ristorante, a Colorado corporation,

    Defendants.

**ORDER**

    This matter is before the Court on the Parties' Submission of Hoffman-LaRoche Notice filed August 31, 2011. The Submission attaches a Stipulated Proposed Hoffman-LaRoche Notice as ordered by the Court on August 16, 2011, and requests that the Court approve the content of this Notice. Having reviewed the Parties' Submission and being fully advised in the premises, it is

    ORDERED that the Stipulated Proposed Hoffman-LaRoche Notice attached to the Parties' Submission is **APPROVED**, and the parties are directed to comply with the remainder of the August 16, 2011 Order. In so doing, the parties must ensure that the blank deadlines in the Stipulated Proposed Notice are filled in with specific dates.

    Dated: September 15, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge