**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:**  10-cv-02820-WYD-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:  January 9, 2012** | **Courtroom Deputy:**  Robin Mason |

GARTH KOELLHOFFER,                                                     Brian Gonzales

      Plaintiff,

v.

ELIZABETH PLOTKE-GIORDANI, *et al.,*                James Kilroy

      Defendants.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:**     1:42 p.m.
Court calls case.  Appearances of counsel.

Discussion regarding Motion for Leave to Join Additional Defendants and Amend Pleadings (Docket No. 64, filed on 12/9/2011) and Stipulated Motion to Amend/Correct/Modify 21 Scheduling Order, 59 Order on Motion to Amend/Correct/Modify (Docket No. 67, filed on 12/22/2011).  The court advises the plaintiff that there was no copy of their Proposed Amended Complaint attached to corresponding filed motion.  Discussion regarding plaintiff adding more claims (statutory and state law), related discovery, possible class action lawsuit (expanding the scope of the lawsuit) and non-referred Motion for Summary Judgment (Docket No. 46, filed on 8/12/2011).

**ORDERED:**  Motion for Leave to Join Additional Defendants and Amend Pleadings (Docket No. 64, filed on 12/9/2011) is DENIED without prejudice.  Stipulated Motion to Amend/Correct/Modify 21 Scheduling Order, 59 Order on Motion to Amend/Correct/Modify (Docket No. 67, filed on 12/22/2011) is GRANTED.  The court is staying discovery and this stay shall remain in place up to and including **February 19, 2012**.  A Status Conference is set for **February 29, 2012 at 9:15 a.m.**

HEARING CONCLUDED.
**Court in recess**:     2:00 p.m.
Total time in court:     00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.