IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02820-WYD-CBS

GARTH KOELLHOFFER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

ELIZABETH PLOTKE-GIORDANI and LUIGI GIORDANI, both individuals; and
I SCOPPIATI, INC., d/b/a Campo De Fiori Ristorante, a Colorado corporation,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the parties' Joint Motion for Approval of Confidential Settlement (the "Motion").  I have reviewed the Motion and proposed settlement and find that the settlement is fair and reasonable.  Accordingly, it is

ORDERED that the Joint Motion for Approval of Confidential Settlement (ECF No. 88), filed July 26, 2012, is **GRANTED**, and the parties' Confidential Settlement Agreement is approved.

Dated:  August 1, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE