IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02820-WYD-CBS

GARTH KOELLHOFFER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

ELIZABETH PLOTKE-GIORDANI and LUIGI GIORDANI, both individuals; and
I SCOPPIATI, INC., d/b/a Campo De Fiori Ristorante, a Colorado corporation,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' F.R.C.P. 41(a)(1) Stipulated Notice of Dismissal with Prejudice filed December 10, 2012.  After a careful review of the Stipulated Notice and the file, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated:  December 13, 2012

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge